IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| HENRY BOLT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 25-05011-CV-SW-DPR |
| ) | |
| KUCHT, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On February 13, 2025, Defendant Kucht, LLC removed this action from the Circuit Court of Stone County to this Court. The next day, the Clerk's Office notified Plaintiff's attorney Gregory David Vescovo, Jr. that he needed to apply for either admission to the Bar of this District or pro hac vice admission on or before February 28, 2025. *See* Local Rule 83.5. On March 3, 2025, a second notice was sent to Mr. Vescovo, advising again that he needed to apply for either admission to the Bar of this District or pro hac vice admission by March 17, 2025.

To date, Mr. Vescovo has not applied for admission to appear and practice before this Court, either generally or in this action specifically. Accordingly, Plaintiff's attorney Gregory David Vescovo, Jr. is terminated from this case.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: March 25, 2025